# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00436-CV

**In the Matter of D. D. H.**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
NO. D-1-JV-14-030074, HONORABLE RHONDA HURLEY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant D.D.H. has informed this Court that he no longer wishes to pursue this appeal and has filed a motion to dismiss it. Appellant's counsel states that he has conferred with counsel for appellee The State of Texas, and it does not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed on Appellant's Motion

Filed: August 27, 2014